NUMBER 13-03-113-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


________________________________________________________________


LONE STAR MEAT CO., INC. , Appellant,



v.




ANDREW RAMIREZ D/B/A ANDY'S REFRIGERATION , Appellee.

________________________________________________________________



On appeal from the 332nd District Court

of Hidalgo County, Texas.


________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam




 Appellant, Lone Star Meat Co., Inc. , perfected a restricted appeal from a judgment entered by the 332nd
District Court of Hidalgo County, Texas, in cause number C-742-02-F . The clerk's record was received on
February 24, 2003. Pursuant to Tex. Gov't Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount
of $125.00 is due upon the filing of an appeal. To date, appellant has failed to pay the filing fee. 

 On March 12, 2003, pursuant to Tex. R. App. P. 42.3(c), notice was given to appellant that it was delinquent
in remitting this filing fee and that, unless the filing fee was paid within ten days from the date of receipt of this
Court's notice, this appeal would be dismissed. To date, appellant has failed to respond to this Court's notice.

 The Court, having considered the documents on file and appellant's failure to comply with the rules, is of the
opinion that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 17th day of April, 2003.

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).